

FILED

DEC **2 0** 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: **3:19-cr-07019-JLS** |
| Plaintiff, | ORDER GRANTING DEFENDANT, JAMES JOSEPH MASSERY'S MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| v. | |
| JAMES JOSEPH MASSERY, | |
| Defendant. | |

The Court having considered the Motion of Defendant, James Joseph Massery ("Massery"), in pro per,  to terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1), the response of the United States Attorney,  and good cause appearing based on the factors recited in the motion which are not dispute or opposed,  the finds it is appropriate to terminate Massery's supervised release at this juncture. Massery has served more than 70% of his supervised release term and appears to be maintaining a steady job as a licensed contractor that is  providing him with a means of financial support and stable housing. Finally, there is no

1  restitution involved, the underlying offense was non-violent and given these considerations, the
2  Court will grant Massery's motion.

3
4  <center>ORDER</center>

5
6  Accordingly, IT IS HEREBY ORDERED that:

      1.     Defendant's motion for early termination of supervised release is GRANTED;
7
      2.     Pursuant to 18 U.S.C. . § 3583(e)(1), Defendant, James Joseph Massery's term of
8  supervised release is TERMINATED immediately; and

9     3.     The Clerk shall serve a copy of this order on the United States Probation Office
10 for the Southern District of California.

11
12    IT IS SO ORDERED.

13
                                    ******
14

15

16
17 Dated: 12/17/2021                   **IT IS SO ORDERED**

18                                      **UNITED STATES DISTRICT JUDGE**

19

20

21

22

23

24

25

26

27

28